UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BEULAH PARKER,

        *Plaintiff*,

v.

PRESSLER & PRESSLER, LLP;
PALISADES COLLECTION, LLC;
GERARD FELT,

        *Defendants*.

Civil Action No. 07-5687 (KSH)

**OPINION**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons expressed in the Opinion filed herewith, and good cause appearing,

    **It is** on this 30th day of June, 2009, hereby

    **ORDERED** that defendants' motion for summary judgment [D.E. # 48] is **GRANTED**; and it is further

    **ORDERED** that plaintiff's federal claims are therefore **dismissed with prejudice**; and it is further

    **ORDERED** that plaintiff's state-law claims are **dismissed without prejudice**; and it is further

    **ORDERED** that defendants' request for fees pursuant to 15 U.S.C. § 1692k(a)(3) is **DENIED**; and it is further

    **ORDERED** that the Clerk of the Court is directed to close the case.

      /s/  Katharine S. Hayden

Hon. Katharine S. Hayden
United States District Judge